# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FILED**
MAY 2 2 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

In the Matter of   USA v. Jamal Washington

Case Number: 08 CR 401-10

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

---

### (A)
- **SIGNATURE:** William O Walters
- **NAME:** WILLIAM O. WALTERS
- **FIRM:**
- **STREET ADDRESS:** 209 Neil Ave
- **CITY/STATE/ZIP:** Mt Prospect IL 60056
- **TELEPHONE NUMBER:** 847 354 8818
- **IDENTIFICATION NUMBER:** 2955341
- **MEMBER OF TRIAL BAR?** YES ☒   NO ☐
- **TRIAL ATTORNEY?** YES ☒   NO ☐

### (B)
(blank)

### (C)
(blank)

### (D)
(blank)

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.