# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 10 | **DATE** | 5/27/2008 |
| **CASE TITLE** | USA vs. Jamal Washington | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 5/27/2008; and continued to 6/5/2008 at 1:45 p.m.. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | IS |
|---|---|---|