## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 10 | **DATE** | 6/5/2008 |
| **CASE TITLE** | USA vs. Jamal Washington | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 6/5/2008.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | IS |
|---|---|---|