

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 401 |
| | ) | Hon. Martin C. Ashman |
| v. | ) | |
| | ) | |
| ISAIAH HICKS, et. al. | ) | |
| | ) | |

## O R D E R

Upon the motion of the United States for a protective order, it is hereby ordered as follows:

1.      All materials related to the interception of wire communications authorized by order

of this Court on January 17, 2008, February 25, 2008, March 25, 2008, and April 25, 2008, produced

by the government in connection with this case, and all other investigative materials and reports

disclosed by the government in original or redacted form, may be utilized by the charged defendants

and their counsel solely in connection with the defense of this case and for no other purpose and in

connection with no other proceeding.  The materials and their contents, and any notes, records or

copies of any kind that defense counsel or the charged defendants may make relating to the contents

of materials provided by the government shall not be disclosed either directly or indirectly, verbally

or in writing, to any person or entity other than the charged defendants, their counsel, such other

persons as are reasonably employed by them as may be necessary to prepare a defense, or such other

persons as to whom the Court may authorize disclosure. These restrictions do no apply to documents

or materials that are public record, including, but not limited to, transcripts of proceedings;

documents, recordings and other materials that have been received in evidence at public hearings or

proceedings; or documents or materials that are otherwise in the public domain.

2.      Intentional violation of this Order is punishable as a contempt, and may result in the

imposition of civil and criminal sanctions. However, nothing contained in this protective order shall

preclude any party from applying to the Court for further relief or for modification of any provision

hereof.

ENTER:

_____

Martin C. Ashman
United States Magistrate Judge


_____
JUN 1 0 2008
DATE