*FELONY*

**08CR 401**

FILED
AUG 21 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**JUDGE ZAGEL**

**MAGISTRATE JUDGE ASHMAN**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08 CR 401, *U.S. v. Isaiah Hicks, et al., Ashman*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☐   YES X

8) Does this indictment or information include a conspiracy count?   NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery .......... (II)
   ☐ Post Office Robbery .... (II)
   ☐ Other Robbery ......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ..... (IV)
   ☐ Postal Embezzlement ... (IV)
   ☐ Other Embezzlement .... (III)

   ☐ Income Tax Fraud (II)
   ☐ Postal Fraud .......... (II)
   ☐ Other Fraud ........... (III)
   ☐ Auto Theft ............ (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery ............... (III)
   ☐ Counterfeiting ........ (III)
   ☐ Sex Offenses .......... (II)
   ☐ DAPCA Marijuana ....... (III)
   ☐ DAPCA Narcotics ....... (III)

   X DAPCA Controlled Substances .... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   ☐ Immigration Laws .............. (IV)
   ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Food & Drug Laws .............. (IV)
   ☐ Motor Carrier Act ............. (IV)
   ☐ Selective Service Act ......... (IV)
   ☐ Obscene Mail .................. (III)
   ☐ Other Federal Statutes ........ (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    21 USC § 846
    21 USC § 841(a)(1)
    18 USC § 2
    18 USC § 924(c)
    18 USC § 922(g)

    21 USC § 843(b)
    21 USC § 856(a)(2)

    Sharon Fairley
    Assistant United States Attorney

(Revised 12/99)